UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **14-2777**

Caption [use short title]

Motion for: **Extension of time to file appeal brief**

**New World Trading Co. Ltd., et al.**

Plaintiff-Appellees,

v.

Set forth below precise, complete statement of relief sought:

**An order extending Appellants time to file its appeal brief from November 28, 2014 to January 28, 2014**

**2 Feet Productions, Inc.**
Defendant-Appellant

MOVING PARTY: **2 Feet Productions**       OPPOSING PARTY: **New World Trading and Quanzhou**
☐ Plaintiff   ☑ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: **Edward C. Wipper**       OPPOSING ATTORNEY: **Michael James Calvey**
[name of attorney, with firm, address, phone number and e-mail]

**Oved & Oved LLP**                                **Michael J. Calvey LLC**
**401 Greenwich Street, New York, NY 10013**       **8000 River Rd., Suite 10D, North Bergen, NJ 07047**
**212.226.2376; edward@ovedlaw.com**               **201.442.0851; mjcalveylaw@optonline.net**

Court-Judge/Agency appealed from: **Southern District of New York, Hon. Shira Scheindlin, USDJ**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain): **Requested consent by email but received no response**

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this Court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: ____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No  If yes, enter date: ____

Signature of Moving Attorney:
_Edward Wipper/AG_   Date: **11/5/2014**   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

Darren Oved, Esq.
Edward C. Wipper, Esq.
OVED & OVED LLP
*Attorneys for Defendant-Appellant*
*2 Feet Productions Inc.*
401 Greenwich Street
New York, New York 10013
Tel: 212.226.2376

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
------------------------------------------------------------------ x

NEW WORLD TRADING CO., LTD. AND QUANZHOU HENGYU LIGHT INDUSTRIAL DEVELOPMENT CO., LTD.,

*Plaintiffs-Appellees*,

-against-

2 FEET PRODUCTIONS, INC.,

*Defendant-Appellant*.
------------------------------------------------------------------ x

Case no.: 14-27777

**DECLARATION OF EDWARD C. WIPPER ESQ.**

Edward C. Wipper, Esq., an attorney duly admitted to practice before this Court, hereby declares:

1. I am an attorney with the law firm of Oved & Oved LLP, counsel to Defendant-Appellant 2 Feet Productions, Inc. ("Appellant") in the above-captioned appeal, and am the lawyer responsible for drafting Appellant's appeal brief. I submit this declaration in support of Appellant's motion to extend its time to file its appeal brief from November 28, 2014 to January 28, 2015.

2. The reason for this request is that, unfortunately, my mother was recently diagnosed with a life-threatening case of cancer and was forced to undergo extensive surgery in late September.

3. As I am my mother's only living family member, I have had to tend to her in the weeks leading up to and following her surgery, and have been required to take several weeks of leave from work to do so.

4. Thankfully, my mother is presently in recovery, but she is expected to require significant assistance and support in the coming months, in which case I expect to take further leave from work to tend to her needs.

5. Accordingly, Appellant respectfully requests until January 28, 2014 to file its appeal brief. This extension is particularly necessary give the complex nature of this appeal, which calls into question rulings in all phases of the trial below, and consists of over 150 trial exhibits and three days of trial transcript.

6. I contacted Appellees' counsel, Michael J. Calvey, Esq., by email on November 4, 2014, but he has not responded.

7. I declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct and that this declaration was executed on November 5, 2014

Dated: New York, New York
November 5, 2014

By: _____/s/_____
Edward C. Wipper, Esq.