# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of November, two thousand and fourteen.

Before:     Ralph K. Winter,
              *Circuit Judge*.

_____

New World Trading Co. Ltd.,
    Plaintiff-Appellee-Cross-Appellant,

Fujian Uptop Trading Co., Ltd.,
    Plaintiff,

    v.

2 Feet Productions, Inc.,
    Defendant-Counter-Claimant-Appellant-Cross-Appellee,

Udi Avshalomov,
    Defendant,

    v.

Quanzhou Hengyu Light Industrial Co. Ltd.,
    Defendant-Counter-Defendant-Appellee-Cross-Appellant.

**ORDER**
Docket No. 14-2777

_____

    Appellant-Cross-Appellee 2 Feet Productions, Inc. moves for an extension of time until January 28, 2015 to file a brief.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                  For the Court:
                  Catherine O'Hagan Wolfe,
                  Clerk of Court

